### Clemmie Kennedy et al. v. The State.

No. 5955.  Decided December 16, 1920.

**Scire Facias—Forfeited Bail Bond—Brief—Practice on Appeal.**

Where, upon appeal in a *scire facias* proceedings upon a forfeited bail bond, no briefs were filed with the record for appellant, the appeal must be dismissed. Following Mayer v. State, 24 S. W. Rep., 408.

Appeal from the District Court of Lamar.  Tried below before the Honorable Ben H. Denton.

Appeal from a *scire facias* proceedings on a forfeited bail bond for a judgment of $1000.

The opinion states the case.

No brief on file for appellant.

*Alvin M. Owsley,* Assistant Attorney General, for the State.

MORROW, Judge.—This is a scire facias proceeding upon a forfeited bail bond.

We find no brief filed with the record, and under the practice must order the appeal dismissed.  Mayer v. State, 24 S. W. Rep., 408.

*Dismissed.*